# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Larry Coles,

*Plaintiff*

v.

Ms. Sgt. T. Williamson; Ms. Ofc. Whitney McCain; Ms. Nurse Stokes,

*Defendants*

)
)
)
)
)
)

Civil Action No.      1:17-cv-02866-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■   other: the plaintiff, Larry Coles, shall take nothing of the defendants, Ms. Sgt. T. Williamson; Ms. Ofc. Whitney McCain; Ms. Nurse Stokes, and this action is dismissed without prejudice for failure to prosecute pursuant to Rule 41(b).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended the dismissal of this action without prejudice.

Date:  January 25, 2018

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker

*Signature of Clerk or Deputy Clerk*